# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| ANDREA MCSWAIN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES BURNETTE, AND FOR THE BENEFIT OF THE STATUTORY BENEFICIARY CLAIMANT: ANDREA MCSWAIN, <br><br> PLAINTIFF, <br><br> vs. <br><br> MAGNOLIA PLACE OF SPARTANBURG AND THI OF SOUTH CAROLINA AT MAGNOLIA PLACE AT SPARTANBURG, LLC, <br><br> DEFENDANTS. | C.A. NO. 7:16-CV-00310-MGL <br><br><br><br><br><br><br><br><br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The Plaintiff, Andrea McSwain, as Personal Representative of the Estate of Charles Burnette, and for the Benefit of the Statutory Beneficiary Claimant: Andrea McSwain, and the Defendant THI of South Carolina at Magnolia Place at Spartanburg, LLC, having agreed to end the above captioned matter without prejudice,

IT IS STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by James Segura, Esquire, attorney for the Plaintiff and by the D. Jay Davis, Jr., and Perry M. Buckner, IV, attorneys for the Defendant THI of South Carolina at Magnolia Place at Spartanburg, LLC, that the above captioned matter be ended without prejudice as to this defendant.

**[SIGNATURE BLOCKS ON FOLLOWING PAGE]**

| WE STIPULATE AND CONSENT: | WE STIPULATE AND CONSENT: |
|---|---|
| JAMES W. SEGURA, EQUIRE | YOUNG CLEMENT RIVERS, LLP |
| By: *s/ James W. Segura*<br>James W. Segura, Esquire<br>304 Pettigru Street<br>Greenville, SC  29601<br>(864) 271-2232; jamessegura@charter.net<br>Attorney for the Plaintiff | By: *s/ D. Jay Davis, Jr.*<br>D. Jay Davis, Jr. Federal ID #6723<br>Perry M. Buckner, IV  Federal ID #11298<br>P.O. Box 993, Charleston, SC  29402<br>(843) 720-5406; E-mail:<br>jdavis@ycrlaw.com; pbuckner@ycrlaw.com<br>Attorneys for the Defendant THI of South<br>Carolina at Magnolia Place of Greenville |